| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-05298-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Dec 28 17:52:43 EST 2020 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Ave, Suite 100<br>Boca Raton, Fl 33487-2853 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Balanced Healthcare<br>164 Burke Street<br>Suite 201<br>Nashua, NH 03060-4783 | Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801-5015 |
| CHRISTOPHER K QUINSEY MD PA<br>C/O FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILLE, TN 37070-0528 | Central Florida Patholog<br>po box 919465<br>Lemon Grove, CA 91946-5000 | Citibank<br>10000 Technology Drive<br>O Fallon, MO 63368 |
| Convergent<br>800 sw 39th street<br>Renton, WA 98057-4927 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit Protection Assoc<br>Po Box 802068<br>Dallas, TX 75380-2068 |
| Deutsche Bank National Trust Company<br>Ocwen Loan Servicing, LLC<br>ATTN: Cashiering Department<br>1661 Worthington Rd., Suite 100<br>West Palm Beach, FL 33409-6493 | FL Emergency Physicians Kang & Associate<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Fox Collection Center<br>Po Box 528<br>Goodlettsvile, TN 37070-0528 | (p)GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 | Hills of Lake Mary HOA<br>c/o Theresa M. McDowell, Esquire<br>111 N. Orange Ave.<br>Suite 2000<br>Orlando, FL 32801-2327 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Medicredit Inc.<br>Po Box 1629<br>Maryland Heights, MO 63043-0629 |
| Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Ntl Crdt Sys<br>117 E 24th St<br>New York, NY 10010-2937 | Ocwen Loan Servicing, Llc<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd Ste 100<br>West Palm Bch, FL 33409-6493 |
| Ocwen/homewa<br>1525 S Beltline<br>Coppell, TX 75019-4913 | Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Equable Ascent<br>Financial, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
Preferred Collection &              Primera Dermatology                 Pulmonary Practice Assoc.
1000 N Ashley Dr Ste 600            1035 Primera Blvd.                  1075 Town Center Dr.
Tampa, FL 33602-3723                Lake Mary, FL 32746-2193            Orange City, FL 32763-8360


Quantum3 Group LLC as agent for     Seminole County Tax Collector       Shafritz & Associates
CF Medical LLC                      Attn:  Ray Valdes                   601 N Congress Ave Ste 4
PO Box 788                          Post Office Box 630                 Delray Beach, FL 33445-4641
Kirkland, WA  98083-0788            Sanford FL 32772-0630


(p)T MOBILE                         (p)DSNB MACY S                      WINTER PARK OPHTHALMOLOGY
C O AMERICAN INFOSOURCE LP          CITIBANK                            C/O FOX COLLECTION CENTER
4515 N SANTA FE AVE                 1000 TECHNOLOGY DRIVE MS 777        PO BOX 528
OKLAHOMA CITY OK 73118-7901         O FALLON MO 63368-2222              GOODLETTSVILLE, TN 37070-0528


Wells Fargo Bank, N.A.              Catherine N Halpren                 Laurie K Weatherford
Wells Fargo Card Services           362 Silver Pine Dr.                 Post Office Box 3450
PO Box 10438, MAC F8235-02F         Lake Mary, FL 32746-4833            Winter Park, FL 32790-3450
Des Moines, IA 50306-0438


Sophia Cabacum Dean                 Steven A Halpren
The Orlando Law Group PL            362 Silver Pine Dr.
12301 Lake Underhill Road, Suite 213  Lake Mary, FL 32746-4833
Orlando, FL 32828-4511




                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Gold Key Credit                     Portfolio Recovery                  (d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy                    Po Box 41067                        POB 41067
Po Box 15670                        Norfolk, VA 23541                   Norfolk VA 23541
Brooksville, FL 34604


T-Mobile                            Visa Dept Store National Bank/Macy's   End of Label Matrix
P.O BOX 742596                      Attn: Bankruptcy                    Mailable recipients    43
Cincinnati, OH 45274                Po Box 8053                         Bypassed recipients     0
                                    Mason, OH 45040                     Total                  43
```